**SO ORDERED.**

Dated: February 27, 2007



*[signature]*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

---

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIK M PECHAC<br><br><br>_____ Debtor(s)_____ | In Proceedings Under Chapter 13<br><br>Case No. 04-16132-PHX-CGC<br><br>ORDER FOR PAYMENT OF<br>UNCLAIMED FUNDS |

Upon Application of Edward J. Maney, Trustee, and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $613.84 to the Clerk of the Court to be deposited as provided in Section 347 (a) of the Bankruptcy Code.

Dated this _____ day of _____, 200___.

_____
U.S. Bankruptcy Judge

**GRANTED**

Unclaimed Funds/Order